

# COMMONWEALTH OF PUERTO RICO
# OFFICE OF THE GOVERNOR

## ENVIRONMENTAL QUALITY BOARD

October 5, 2004

Howard P. Stewart
Senior Litigation Counsel
United States Department of Justice
Environmental and Natural Resources Division
Environmental Crimes Section
P.O. Box 7611, Ben Franklin Station
Washington, D. C. 20044-7611

Dear Mr. Stewart:

This the information that you requested in October 1, 2004 meeting. You will find the total cost for acquisition, operating and maintenance for five air quality stations and one monitor for NOX.

| Equipment Resources needed | Quantity | Estimated Cost per first year |
|---|---|---|
| Computer Communication Software And cable installation | 1 | $2,000 |
| Gas calibration | 2 | $2,000 |
| Spare parts |  | $4,000 |
| Total cost per year for equipment |  | $6,000 |

| Human Resources needed | Quantity | Monthly Salaries |
|---|---|---|
| Statistician | 1 | $2,052 |
| Speciatlist Quality Control | 1 | $2,052 |
| Field Technician | 1 | $2,052 |
| Total salaries per year |  | $73,872 |
| Fringe Benefit |  | $15,236 |
| Total cost per year |  | $89,108 |
| Total cost per three year |  | $267,324 |

NACIONAL PLAZA BUILDING, PONCE DE LEON AVE, HATO REY, PUERTO RICO 00917
PO BOX 11488 SANTURCE, PUERTO RICO 00910  TEL.: 767-8181

EXHIBIT 1

In summary:

| | |
|---|---:|
| Total Cost for three year | $267,324 |
| Total cost for monitoring station | $388,132.76 |
| NOX monitoring | $19,431 |
| Grand Total | $674,887.76 |

Thank you for your assistance.

*Evelyn Rodriguez Cintron*
Evelyn Rodriguez Cintrón
Director
Air Quality Area

Cc:  Ledo. Esteba Mujica Cotto PREQB
     Ledo Melvin Sotomayor, PREQB
     Carl P Soderberg,, CEPD
     Rosa Hilda Ramos, CUCCO

VERDES BOSQUES Y AGUAS CLARAS, AIRE LIMPIO Y NUBES BLANCAS: ¡CUIDAS LA VIDA SI NO LA CONTAMINAS!
EDIFICIO NACIONAL PLAZA, 431 AVE. PONCE DE LEON, HATO REY, PUERTO RICO 00917
APARTADO 11488 SANTURCE, PUERTO RICO 00910  TELEFONO: 767-8181

EQUIPMENT AND MATERIAL ACQUISITION COST FOR PREPA/EQB PROJECT
CATAÑO Y GUAYANILLA

| Item | | Unit Cost | Quantity | Cost | Cataño Total Cost | Quant. | Guayanilla Total Cost |
|---|---|---|---|---|---|---|---|
| 1 | Shelter | 15,795 | 3 | 47,385.00 | 47,385.00 | 2 | $31,590.00 |
| 2 | Line Filter | 250 | 2 | 500.00 | 500.00 | 6 | $1,500.00 |
| 3 | VGR | 3,977 | 3 | 11,931.00 | 11,931.00 | 2 | $7,954.00 |
| 4 | UPS | 309 | 3 | 927.00 | 927.00 | 2 | $618.00 |
| 5 | Manifold System | 2,181.20 | 3 | 6,543.60 | | 2 | |
| 6 | Rack | 1,223.60 | 3 | 3,670.80 | | --- | |
| 7 | Air Conditioner Unit | 450 | 3 | 1,350.00 | 1,350.00 | 5 | $2,250.00 |
| 8 | Flange | 253.5 | 2 | 507.00 | | 2 | $507.00 |
| 9 | Tripod | 487.5 | 2 | 975.00 | | 2 | $975.00 |
| 10 | TECO 146C | 8,805 | 3 | 26,415.00 | | 2 | |
| 11 | TECO 111 | 3,170 | 2 | 6,340.00 | | 3 | |
| | Taxes | 2,161 | | 2,161.00 | | | |
| | Freight | 300 | | 300.00 | | | |
| 12 | Datalogger CR23X | 2,830 | 3 | 8,490.00 | | 2 | |
| 13 | Modules | 348.75 | 12 | 4,185.00 | | 6 | |
| 14 | Mounting Unit | 20 | 6 | 120.00 | | --- | |
| | Freight and Insurance | 195 | | 195.00 | | | |
| 15 | Gas Regulator | 813.96 | 3 | 2,441.88 | | 2 | |
| 16 | Gas Std. Cylinder | 966.4 | 3 | 2,899.20 | | 7 | |
| 17 | TECO 43C Analyzer | 10,080 | 3 | 30,240.00 | 30,240.00 | 2 | $20,160.00 |
| 18 | TEOM 1400 Analyzer | 22,148 | 2 | 44,296.00 | 44,296.00 | 3 | $66,444.00 |
| 19 | Teflon Line | 54 | 7 | 378.00 | | 2 | $108.00 |
| 20 | Compression Nuts | 4.46 | 50 | 223.00 | | 50 | |
| 21 | Compression Nuts | 3.4 | 50 | 170.00 | | 50 | |
| 22 | Filter Holder | 76.57 | 5 | 382.85 | | 3 | |
| | Freight | 50.3 | | 50.30 | | | |
| | | | | 203,076.63 | $203,076.63 | | $185,056.13 |

Total Cost Cataño and Guayanilla Project = $388,132.76

### EQUIPMENT NEEDS FOR THE ESTABLISHMENT OF A NITROGEN OXIDE MONITORING STATION USING A SHELTER OF SPECIAL PROJECT

| ITEM | COST |
|---|---|
| - NO-$NO_2$-$NO_x$ Chemiluminescense Analyzer Thermo Environmental - Model TECO 42C | 12,000 |
| - Datalogger CR23X | 3,000 |
| - Data Storage Modules | 800 |
| - UPS | 350 |
| - Gas Regulator | 900 |
| - Gas Standard Cylinder (EPA Protocol Gas Certification NO) | 2,000 |
| - Teflon Filter Line | 54 |
| - Filter Holder | 77 |
| - Line Filter | 250 |
| TOTAL | 19,431 |



**COMMONWEALTH OF PUERTO RICO**
**OFFICE OF THE GOVERNOR**

**ENVIRONMENTAL QUALITY BOARD**

October 5, 2004

Howard P. Stewart
Senior Litigation Counsel
United States Department of Justice
Environmental and Natural Resources Division
Environmental Crimes Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Mr. Stewart:

As agreed in our last meeting here in San Juan, I am confirming EQB's committment to this project and we want to assure you that the USDOJ will receive full cooperation from us in monitoring air quality at the five (5) sites selected for three (3) years required by 40 CFR Part 50. The five (5) monitoring stations will be located at Cataño (2), Salinas, Guayanilla, and Guayama.

The EQB is willing to accept the appointment as Court Monitor by the United States District Court for Puerto Rico to ensure the attainment and analysis of air samples gathered at the monitoring stations. We suggest as an alternative that the USDOJ and the EQB sign a Memorandum of Understanding for the project. The Court will transfer the funds necessary to operate the stations to the EQB, these funds will be used solely for the purpose of this project.

It is also understood that ownership of the equipment purchased for this project will be transferred to the EQB at the end of the three (3) year term. At this time, the EQB will be able to use the equipment for any activity it deems necessary, and its use will not be restricted in any way by any of the parties involved in the Court proceeding.

Please advise us of any court appearance in order to make the necessary arrangements for our personnel. Mr. Esteban Mujica, Chairman of the Board, will be in Washington from the 25th to the 27th of October, in case you wish to meet with him. If you require additional information, or if the EQB can be of any assistance please fell free to call me at (787) 767-8074 or (787) 767-8115.

Cordially,

Melvin Sotomayor-Rivera, Esq.

NACIONAL PLAZA BUILDING, PONCE DE LEON AVE. HATO REY, PUERTO RICO 00917
PO BOX 11488 SANTURCE, PUERTO RICO 00910  TEL.: 767-8161

EXHIBIT 2