UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

CRIMINAL CASE NO: 98-127(SEC)　　　DATE: November 10, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff<br><br>　　v.<br><br>PREPA<br>　Defendant(s) | Attorneys:<br>Howard Stewart, Esq.<br><br><br><br>1. Lawrence W. Diamond, Esq.<br>2. Jaime Plaza, Esq.<br>3. Stephen Rahaim, Esq.<br>4. Francisco Santiago, Esq.<br>5. Nitza Vázquez, Esq. |

**STATUS CONFERENCE**

A Status Conference was held in Chambers with counsel for the Government and PREPA present. Also present at the hearing were representatives from the EPA, EQB, CUCO, USEPA, and the U.S. Probation Office.

At the conference the Court heard the parties' respective positions regarding the Government's motion to modify PREPA's conditions of supervised release and extend probation (Docket # 99). The Court declined to remove PREPA from the supervision of the United States Probation Office at the present time. However, the Court indicated that the goal was to terminate PREPA's probation as soon as it could responsibly do so.

Pursuant to what was accorded between the parties at the conference, the Court gave the parties **ten (10) days** to file the agreement discussed at the meeting. Said agreement is to include a time table for drafting a Memorandum of Understanding (MOU) between the EPA and the EQB. Finally, as discussed at the conference, starting on Monday November 13, 2004, the VECA project will cease to monitor the North coast.

The minutes shall be notified to all parties present at the conference.

　　　　　　　　　　　　　　　　　　　　S/ *Salvador E. Casellas*
　　　　　　　　　　　　　　　　　　　　SALVADOR E. CASELLAS
　　　　　　　　　　　　　　　　　　　　U.S. District Judge