UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

United States of America )
)
v. ) No. 3:98CR127-01 (SEC)
)
Puerto Rico Electric Power Authority )

---

## ORDER

AND NOW, on this _____ day of _____, 2005, upon consideration of the Motion of Attorney John C. Ryan to Withdraw as Counsel for Defendant the Puerto Rico Electric Power Authority, and any responses thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. The appearance of Attorney John C. Ryan as counsel for Defendant the Puerto Rico Electric Power Authority is hereby withdrawn. The entry of appearance of other attorneys from the law firm of Duane Morris LLP shall not be affected by this Order.

BY THE COURT:

_____
CASELLAS, J.

PH2\771369.2