AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE            DISTRICT OF            PUERTO RICO

**UNITED STATES OF AMERICA,**                    **APPEARANCE**

    Plaintiff,

      v.                                                    **CASE NO. 98-127(SEC)**

**PUERTO RICO ELECTRIC POWER AUTHORITY**

    Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

February 4, 2005
Date

                        s/María A. Dominguez-Victoriano
                        Signature

                        SLC María A. Dominguez-Victoriano-210908
                        Print Name

                        Torre Chardon Bldg, Room 1201, 350 Chardon Ave.
                        Address

                        Hato Rey, Puerto Rico 00918
                        City

                        (787) 766-5656
                        Phone Number

                        E-mail: maria.dominguez@usdoj.gov

<u>US v. P.R. Electric Power Authority</u>
Crim. No. 98-127(SEC)
Page 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John C. Ryan, Esq.**

     At San Juan, Puerto Rico, on this 4th day of February 2005.


                                                                          <u>s\María A. Dominguez-Victoriano</u>
                                                                        María A. Dominguez-Victoriano - 210908
                                                                        Assistant U.S. Attorney
                                                                        Senior Litigation Counsel
                                                                        Torre Chardón, Room 1201
                                                                        350 Carlos Chardón Avenue
                                                                        San Juan, PR 00918
                                                                        Tel. (787) 766-5656