UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**PREPA,**<br>Defendant. | Criminal No. 98-127 (SEC) |

## UNITED STATES' MOTION TO WITHDRAW
## AUSA REBECCA KELLOGG DE JESUS AS COUNSEL FOR RECORD

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully informs the Court and parties as follows:

1. The above referenced case has been reassigned to Senior Litigation Counsel María Dominguez. We are requesting the withdrawal of Rebecca Kellogg de Jesús, who resigned her position with this office, as counsel of the United States Attorney's Office for the District of Puerto Rico.

WHEREFORE, the United States of America respectfully requests that this Honorable Court enter an Order granting the withdrawal of Rebecca Kellogg de Jesús as counsel for the United States in the above-referenced case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 7th day of February 2005.

H.S. GARCIA
United States Attorney

s/Nereida Meléndez Rivera
Nereida Meléndez Rivera
Assistant U.S. Attorney
Deputy Chief - White Collar
Chardón Bldg.,, Suite 1201
#350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
(787) 766-5656

**Motion to Withdraw as Counsel of Record**
<u>United States v. PREPA</u>
Criminal Case No. 98-127 (SEC)
Page 2

## CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

                                            <u>s/Nereida Meléndez Rivera          </u>
                                            Nereida Meléndez Rivera